**QUARLES & BRADY LLP**
Amelia B. Valenzuela (SBN 320428)
amelia.valenzuela@quarles.com
2629 Foothill Blvd., #440
La Crescenta, CA 91214
Telephone: 619-237-5200
Facsimile:  619-615-0070

Johanna Wilbert *(pro hac vice)*
johanna.wilbert@quarles.com
411 E Wisconsin Ave, Suite 2400
Milwaukee, WI 53202-4428
Telephone:  414-277-5000
Facsimile:   414-271-3552

Lauren Bolcar *(pro hac vice)*
lauren.bolcar@quarles.com
2020 K Street NW, Suite 400
Washington, DC 20006-1806
Telephone:  202-372-9600
Facsimile:   202-372-9599

*Attorneys for Defendant*
*PUMA North America, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ALAN FOSTER,<br><br>                Plaintiff,<br><br>        v.<br><br>PUMA NORTH AMERICA, INC;<br>MB1 ENTERPRISES LLC;<br>MELO LAFRANCE BALL;<br>BIG BALLER BRAND, INC.;<br>LAVAR BALL;<br>TINA BALL;<br> and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No. 2:23-CV-9372-FLA-SK<br><br>**ERRATA RE DKT. NO. 176** |

Due to a technical error during the CM/ECF filing process, the attachments to the Sealed Declaration of Lauren Bolcar in Support of PUMA's Application for Leave to file Under Seal Certain Documents Relating to Defendants' Motion to Compel the In-Person Deposition of Plaintiff Gregory Alan Foster [Dkt. 176] appear to be incomplete. As such, please disregard and strike Docket Entry 176. The corrected Declaration and complete set of attachments has been refiled as Dkt. 177.

Dated:   December 31, 2024

Respectfully submitted,

QUARLES & BRADY LLP

By: */s/ Lauren C. Bolcar*
   Amelia B. Valenzuela
   Johanna Wilbert
   Lauren Bolcar

*Attorneys for Defendant
PUMA North America, Inc.*