UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ALAN FOSTER,<br><br>            Plaintiff,<br><br>       v.<br><br>PUMA NORTH AMERICA, INC., *et al.*,<br><br>            Defendants. | Case No. 2:23-cv-09372-FLA (SKx)<br><br>**ORDER APPROVING STIPULATION TO CONTINUE TRIAL AND RELATED DATES [DKT. 233]** |

1

On September 17, 2025, the parties filed a stipulation to extend Trial, the Final Pretrial Conference, and related dates ("Stipulation").  Dkt. 233.

The court, having considered the parties' Stipulation and finding good cause therefor, hereby APPROVES the Stipulation and ORDERS as follows:

1. The court CONTINUES Trial from October 20, 2025, to March 10, 2026, at 8:15 a.m.;
2. The court CONTINUES the Final Pretrial Conference and Hearing on Motions *in Limine* from October 3, 2025, to February 20, 2026, at 1:30 p.m.;
3. The court CONTINUES the deadline for the first round of trial filings from September 5, 2025, to January 23, 2026;
4. The court CONTINUES the deadline for the second round of trial filings from September 19, 2025, to February 6, 2026.

IT IS SO ORDERED.

Dated: September 18, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge